**\*\*E-filed 10/6/06\*\***

LATHAM & WATKINS LLP
   Xóchitl D. Arteaga (CA State Bar No. 227034)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone:   (415) 395-8046
Facsimile:   (415) 395-8095
Email:   xochitl.arteaga@lw.com

MICHAEL BEST & FRIEDRICH LLP
   J. Donald Best (CA State Bar No. 146984)
   Amy O. Bruchs (Appearing *Pro Hac Vice*)
   John C. Scheller (Appearing *Pro Hac Vice*)
   Kevin M. St. John (Appearing *Pro Hac Vice*)
One South Pinckney Street
P.O. Box 1806
Madison, WI 53701-1806
Telephone:   (608) 257-3501
Facsimile:   (608) 283-2275
Email:   jdbest@michaelbest.com
Email:   aobruchs@michaelbest.com
Email:   jcscheller@michaelbest.com

Attorneys for Plaintiffs,
MARIA WHITWORTH and HY CITE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA WHITWORTH and HY CITE CORPORATION,<br><br>           Plaintiffs,<br><br>    v.<br><br>HURLEY INDUSTRIES, INC. and ADVANCED MARKETING INTERNATIONAL, INC.,<br><br>           Defendants. | Case No. 5:06-cv-00992-JF<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:   Hon. Jeremy Fogel<br>Courtroom: 3, 5th Floor<br><br>Complaint Filed:   February 14, 2006 |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action, including all claims and counterclaims, is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\580772.1

1

Joint Stipulation for Dismissal With Prejudice
Case No. C06-00992 JF

1   Each party shall bear its own costs and attorneys fees.

2   Dated: September 28, 2006

4   By: /s/ J. Donald Best
    J. Donald Best
    John C. Scheller
    Amy O. Bruchs
    MICHAEL BEST & FRIEDRICH LLP

    Xóchitl D. Arteaga
    LATHAM & WATKINS LLP

    Attorneys for Plaintiffs

    September 28, 2006

    By: /s/ Michael J. Furbush
    Michael J. Furbush
    GRONEK & LATHAM LLP

    Steve Cochran
    Gregory S. Korman
    KATTEN MUCHIN ROSENMAN LLP

    Attorneys for Defendant

    10/6/06   IT IS SO ORDERED.

    US DISTRICT COURT JUDGE
    JEREMY FOGEL